**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Sharmaine Meadows,<br><br>Defendant. | Case No. 26-CR-00090 (SRN/ECW)<br><br>**ORDER** |

Jody King and Emily Reeder-Ricchetti, U.S. Department of Justice, Criminal Division, Fraud Section, 1400 New York Ave. NW, Washington, DC 20005; Aldous Brant Cook, U.S. Department of Justice, Criminal Division, 211 W. Fort St., Ste. 2001, Detroit, MI 48226; and Matthew C. Murphy, U.S. Attorney's Office, 600 U.S. Courthouse, 300 S. 4th St., Minneapolis, MN 55415, for the Government

Peter B. Wold and John Fee, Wold Law, 331 2nd Ave. S., Ste. 705, Minneapolis, MN 55401, for Ms. Meadows

---

SUSAN RICHARD NELSON, United States District Judge

Before the Court is the Motion for Leave to Submit Amended Exhibit List and for Extension of Time to Submit Certain Exhibits [Doc. No. 46] filed by the Government. The Government has identified certain exhibits on its previously submitted exhibit list that it does not intend to offer in evidence, and other items that it seeks to add to the list. It therefore requests permission to submit an amended exhibit list by September 4, 2026, which is one week prior to the September 11, 2026 final pretrial conference, and three weeks before trial.

In addition, the Government states that due to recently returned financial data, as well as its review of voluminous data, it is preparing four additional summary exhibits that it will not be able to provide on September 4, 2026. It requests an extension until September 9, 2026.

In response, Ms. Meadows asks that if the Court grants the Government's request, she be given up to seven days after the date of production to amend her witness and exhibit lists to address the Government's summary exhibits. (*See* Gov't's Mot. at 2) (quoting Defendant's meet-and-confer email response). In addition, as to the Government's amended exhibit lists, Ms. Meadows reserves the right to object to them as untimely. (*Id.*)

Based on the submissions and the entire file and proceedings herein, **IT IS HEREBY ORDERED** that

1. The Government's Motion for Leave to Submit an Amended Exhibit List to September 4, 2026, and for an Extension of Time to Submit Certain Exhibits to September 9, 2026 [Doc. No. 46] is **GRANTED,** preserving Ms. Meadows' objection to any particular discovery that was not previously disclosed.
2. Ms. Meadows' request for up to seven days in which to amend her witness and exhibit lists to address the Government's summary exhibits is **GRANTED**.
3. Ms. Meadows will be arraigned on the Superseding Indictment at the September 11, 2026 final pretrial conference.
4. In light of additional counts in the Superseding Indictment, the Government shall submit a revised indictment summary, proposed verdict form, and any other

forms referencing the counts and the indictment no later than September 9, 2026.

Dated: September 3, 2026

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judg