**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**SHARMAINE MEADOWS,**

Defendant.

Case No. 26-CR-90 (SRN/ECW)

**ORDER**

---

Brant Cook, DEPARTMENT OF JUSTICE-CRIMINAL DIVISION, 211 West Fort Street, Suite 2001, Detroit, MI 48226; Emily Reeder-Ricchetti, DEPARTMENT OF JUSTICE-CRIMINAL DIVISION, 1400 New York Avenue NW, Washington, DC 20005, Counsel for Government.

Peter Wold and John Fee, WOLD LAW, 331 Second Avenue South, Suite 705, Minneapolis, MN 55401, Counsel for Defendant.

---

This matter comes before the Court on a Motion from Defendant's lead counsel, Peter Wold, (Doc. No. 57) requesting a pause of trial proceedings on Friday, October 2, 2026. Based on the record in this case and for good cause shown, **IT IS HEREBY ORDERED** that the Defendant's motion is **GRANTED**. As set forth in the Motion, in the event that this case has been submitted to the jury by Friday, October 2, 2026, deliberations will <u>not</u> be paused, and Defendant's co-counsel, John Fee, will be on hand during deliberations.

Dated: <u>Wednesday, September 16, 2026</u>

*s/ Susan Richard Nelson*
SUSAN RICHARD NELSON
United States District Judge