# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TRIAL

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **COURT MINUTES–CRIMINAL** | |
| | Case No: | 26-CR-90 (SRN/ECW) |
| Plaintiff, | Date: | Tuesday, September 29, 2026 |
| | Court Reporters: | Caitlin Nat |
| v. | Courthouse: | Saint Paul |
| | Courtroom: | 7B |
| **SHARMAINE MEADOWS,** | Time Commenced: | 8:30 a.m. |
| | Lunch Break: | 12:00 p.m. |
| Defendant. | Time Resumed: | 1:30 p.m. |
| | Time Concluded: | 5:00 p.m. |
| | Time in Court: | Seven (7) Hours |

Before The Honorable Susan Richard Nelson, United States District Judge, Saint Paul, Minnesota.

**APPEARANCES**:
For Plaintiff: Brant Cook, Emily Reeder-Ricchetti, DOJ-Criminal Division
For Defendant: Peter Wold, John Fee, Retained

**PROCEEDINGS**:
Case Management Conference (8:30 a.m. – 8:55 a.m.)
Witness Testimony (Denise Blanks) (9:05 a.m. – 9:20 a.m.)
Cross Examination/Witness Excused (9:20 a.m. – 9:25 a.m.)
Witness Testimony (Shenara Foster) (9:30 a.m. – 9:45 a.m.)
Cross Examination (9:45 a.m. – 9:50 a.m.)
Redirect/Witness Excused (9:50 a.m. – 9:50 a.m.)
Witness Testimony (Srae Sims) (9:55 a.m. – 10:20 a.m.) (10:40 a.m. – 10:45 a.m.)
Cross Examination (10:45 a.m. – 11:00 a.m.)
Redirect (11:00 a.m. – 11:03 a.m.)
Recross/Witness Excused (11:04 a.m. – 11:05 a.m.)
Witness Testimony (Jovaughn Okunowo) (11:05 a.m. – 12:00 p.m.)
Case Management Conference (1:30 p.m. – 2:10 p.m.)
Witness Testimony (Resumes) (2:10 p.m. – 3:35 p.m.)
Cross Examination (3:35 p.m. – 4:05 p.m.)
Redirect/Witness Excused (4:05 p.m. – 4:05 p.m.)
Witness Testimony (Martha Ndege) (4:05 p.m. – 4:10 p.m.)
Cross Examination (4:10 p.m. – 4:20 p.m.)
Redirect/Witness Excused (4:20 p.m. – 4:20 p.m.)
Witness Testimony (Patrizia Davis) (4:20 p.m. – 4:50 p.m.)
Cross Examination/Witness Excused (4:50 p.m. – 5:00 p.m.)

Government Exhibits 205, 206, 207, 326, 327, 328, 332, 333, 334, and 503 were admitted into evidence.

The Criminal Jury Trial in this matter will continue on Wednesday, September 30, 2026, at 9:00 a.m., in Courtroom 7B (Saint Paul Courthouse), before The Hon. Susan Richard Nelson. A Case Management Conference will be held at 8:30 a.m.

Date: Tuesday, September 29, 2026

*s/CRD*
Courtroom Deputy to
The Hon. Susan Richard Nelson