# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TRIAL

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **COURT MINUTES–CRIMINAL** | |
| | ) | Case No: | 26-CR-90 (SRN/ECW) |
| Plaintiff, | ) | Date: | Wednesday, September 30, 2026 |
| | ) | Court Reporters: | Caitlin Nat |
| v. | ) | Courthouse: | Saint Paul |
| | ) | Courtroom: | 7B |
| **SHARMAINE MEADOWS,** | ) | Time Commenced: | 8:30 a.m. |
| | ) | Lunch Break: | 12:30 p.m. |
| Defendant. | ) | Time Resumed: | 1:45 p.m. |
| | ) | Time Concluded: | 4:30 p.m. |
| | ) | Time in Court: | Six (6) Hours/Forty-Five (45) Minutes |

Before The Honorable Susan Richard Nelson, United States District Judge, Saint Paul, Minnesota.

**APPEARANCES**:
For Plaintiff: Brant Cook, Emily Reeder-Ricchetti, DOJ-Criminal Division
For Defendant: Peter Wold, John Fee, Retained

**PROCEEDINGS**:
Case Management Conference (8:30 a.m. – 9:30 a.m.)

The Court ordered the parties to submit briefing on whether a *Pinkerton* jury instruction should be given. The parties shall submit briefing, no later than 5:00 p.m., on Friday, October 2, 2026.

Regarding Defendant's Motion in Limine as to Financial Evidence (Doc. No. 80), the Court ordered the Government to provide supplemental briefing that relies on Eighth Circuit authority, to which Defendant may file a written response.

The Court heard argument regarding the Defendant's objections to several Government exhibits. The parties resolved objections concerning all but one exhibit, Government Ex. 354. The Court sustained Defendant's objection to Government Ex. 354.

Witness Testimony (Derrick Doty, Special Agent, Department of Health & Human Services) (9:40 a.m. – 12:20 p.m.)
Cross Examination (1:50 p.m. – 2:50 p.m.)
Redirect (2:50 p.m. – 3:20 p.m.)
Recross (3:20 p.m. – 3:30 p.m.)
Redirect/Witness Excused (3:30 p.m. – 3:35 p.m.)
Witness Testimony (Michelle McKee) (4:05 p.m. – 4:15 p.m.)
Cross Examination (4:15 p.m. – 4:20 p.m.)
Redirect/Witness Excused (4:20 p.m. – 4:20 p.m.)

Government Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 15, 18, 19, 200, 208, 702, were admitted into evidence.

The Criminal Jury Trial in this matter will continue on Thursday, October 1, 2026, at 9:00 a.m., in Courtroom 7B (Saint Paul Courthouse), before The Hon. Susan Richard Nelson. A Case Management Conference will be held at 8:30 a.m.

Date: Wednesday, September 30, 2026

*s/CRD*
Courtroom Deputy to
The Hon. Susan Richard Nelson