# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TRIAL

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**SHARMAINE MEADOWS,**

Defendant.

**COURT MINUTES–CRIMINAL**

| | |
|---|---|
| Case No: | 26-CR-90 (SRN/ECW) |
| Date: | Monday, October 5, 2026 |
| Court Reporters: | Caitlin Nat |
| Courthouse: | Saint Paul |
| Courtroom: | 7B |
| Time Commenced: | 8:30 a.m. |
| Lunch Break: | 12:00 Noon |
| Time Resumed: | 1:00 p.m. |
| Time Concluded: | 3:45 p.m. |
| Time in Court: | Six (6) Hours/Fifteen (15) Minutes |

Before The Honorable Susan Richard Nelson, United States District Judge, Saint Paul, Minnesota.

**APPEARANCES**:
For Plaintiff: Brant Cook, Emily Reeder-Ricchetti, DOJ-Criminal Division
For Defendant: Peter Wold, John Fee, Retained

**PROCEEDINGS**:
Case Management Conference (8:30 a.m.-8:45 a.m.)
Witness Testimony (*Continued*) (Neshelle Perteet) (9:00 a.m. – 9:35 a.m.)
Cross Examination/Witness Excused (9:35 a.m. – 10:25 a.m.)
Witness Testimony (Ronnette Robins) (10:45 a.m. – 11:30 a.m.)
Cross Examination/Witness Excused (11:30 a.m. – 11:50 a.m.)
Case Management Conference (1:00 p.m. – 1:10 p.m.)
Witness Testimony (Gerri Horne) (1:25 p.m. – 1:55 p.m.)
Cross Examination (1:55 p.m. – 2:25 p.m.)
Redirect/Witness Excused (2:25 p.m. – 2:25 p.m.)
Witness Testimony (Kenneth Kulick) (2:25 p.m. – 2:45 p.m.)
Cross Examination (2:45 p.m. – 3:05 p.m.)
Redirect (3:05 p.m. – 3:10 p.m.)
Recross (3:10 p.m. – 3:15 p.m.)
Defense Rests (3:45 p.m.)

Government Exhibits 345, 363, 366, were admitted into evidence. Defense Exhibits 27, 28, 33, 34, 35, and 356, 357, 358, 359—originally submitted as Government Exhibits—were admitted into evidence.

The Criminal Jury Trial in this matter will continue on <u>Tuesday, October 6, 2026, at 9:00 a.m.</u>, in <u>Courtroom 7B (Saint Paul Courthouse)</u>, before The Hon. Susan Richard Nelson. A Case Management Conference will be held at 8:30 a.m.

Date: <u>Monday, October 5, 2026</u>

*s/CRD*
Courtroom Deputy to
The Hon. Susan Richard Nelson