UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-90 (SRN/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHARMAINE MEADOWS,<br>Defendant. | **VERDICT FORM** |

**COUNT 1**
(Health Care Fraud)

For the submission of a claim on or about July 22, 2022, for services claimed to have been provided to Medicaid recipient A.T., we, the Jury, unanimously find the defendant, Sharmaine Meadows,

_____ GUILTY

X NOT GUILTY

of the crime of Health Care Fraud.

**COUNT 2**
(Health Care Fraud)

For the submission of a claim on or about October 24, 2023, for services claimed to have been provided to Medicaid recipient S.R., we, the Jury, unanimously find the defendant, Sharmaine Meadows,

X GUILTY

_____ NOT GUILTY

of the crime of Health Care Fraud.

SCANNED
OCT 07 2026
U.S. DISTRICT COURT ST. PAUL

**COUNT 3**
(Health Care Fraud)

For the submission of a claim on or about November 28, 2023, for services claimed to have been provided to Medicaid recipient P.D., we, the Jury, unanimously find the defendant, Sharmaine Meadows,

______ GUILTY

__X__ NOT GUILTY

of the crime of Health Care Fraud.

**COUNT 4**
(Health Care Fraud)

For the submission of a claim on or about October 19, 2022, for services claimed to have been provided to Medicaid recipient M.F., we, the Jury, unanimously find the defendant, Sharmaine Meadows,

__X__ GUILTY

______ NOT GUILTY

of the crime of Health Care Fraud.

**COUNT 5**
(Health Care Fraud)

For the submission of a claim on or about October 26, 2022, for services claimed to have been provided to Medicaid recipient M.F., we, the Jury, unanimously find the defendant, Sharmaine Meadows,

X GUILTY

______ NOT GUILTY

of the crime of Health Care Fraud.

**WHEN YOU HAVE COMPLETED YOUR DELIBERATIONS, PLEASE HAVE YOUR FOREPERSON SIGN AND DATE BELOW:**

SIGNATURE REDACTED
FOREPERSON'S SIGNATURE

10/7/2026
DATE